UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BUHLAND

    Plaintiff

File No. 1:12-cv-00244
Honorable: Paul L. Maloney

BLACKTHORNE PRODUCTS, LLC, and
REMINGTON ARMS COMPANY, LLC
as successor in interest to DPMS FIREARMS, LLC,

    Defendants.

| | |
|---|---|
| DINGEMAN, DANCER & CHRISTOPHERSON, PLC<br>Mark R. Dancer (P47614)<br>Brace E. Kern (P75695)<br>Attorneys for Plaintiff<br>100 Park Street<br>Traverse City, MI 49686<br>(231) 929-0500<br>BKern@ddc-law.com | HARVEY KRUSE, P.C.,<br>By:  Dennis M. Goebel (P23509)<br>Attorneys for Defendant Blackthorne<br>1050 Wilshire Drive, Suite 320<br>Troy, MI 48084<br>(248)649-7800<br>dgoebel@harveykruse.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS, INTEREST AND ATTORNEY FEES**

    The parties, through their undersigned attorneys, having stipulated to the entry of this Order of Dismissal with Prejudice and Without Costs, Interest and Attorney Fees since the parties have settled this action, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice and without costs, interest and attorney fees to any party. This is a Final Order that resolves all pending claims and closes the case.

_____
UNITED STATES DISTRICT COURT JUDGE

/s/Mark Dancer w/consent_____
Mark R. Dancer (P47614)
Attorney for Plaintiff

/s/Dennis M. Goebel_____
Dennis M. Goebel (P23509)
Attorney for Defendant

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

1